# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PERRY & PERRY BUILDERS, INC.<br>　　　Plaintiff<br><br>v.<br><br>COWBELL CYBER, INC., and<br>OBSIDIAN SPECIALTY INSURANCE<br>COMPANY<br>　　　Defendants. | Case No.: |

## **INDEX OF DOCUMENTS FILED IN STATE COURT**

| No. | Date Filed or Entered | Document |
|---|---|---|
| A-1 | N/A | State Court Civil Docket Sheet |
| A-2 | 02/18/2025 | Plaintiff's Original Petition |
| A-3 | 02/18/2025 | Electronic filing envelope |
| A-4 | 02/20/2025 | Citation to Cowbell Cyber, Inc. |
| A-5 | 02/20/2025 | Citation to Obsidian Specialty Insurance Company |
| A-6 | 02/26/2025 | Filing receipt |
| A-7 | 02/28/2025 | Affidavit of Service for citation to:<br>Obsidian Specialty Insurance Company |
| A-8 | 03/04/2025 | Affidavit of Service for citation to:<br>Cowbell Cyber, Inc. |

# Exhibit A-1



Powered by Local Government Solutions

Logoff

## Case Information

**Cause** CV42776

**Date Filed** 02/18/2025

**Case Type** OTHER CIVIL

**Court** 20TH JUDICIAL DISTRICT COURT

## Party Information

| | | |
|---|---|---|
| Type: Plaintiff | Name: PERRY & PERRY BUILDERS, INC. | Attorney: DANIEL R. RICHARDS |
| Type: Defendant | Name: COWBELL CYBER, INC. | |
| Type: Defendant | Name: OBSIDIAN SPECIALTY INSURANCE COMPANY | |

## Disposition Information

**Date**

**Disposition**

## Plaintiff Balance Information

**Original Balance** 366.00

| | |
|---|---|
| **Payments Made** | 366.00 |
| **Balance Owed** | 0.00 |

## Defendant Balance Information

**Original Balance** 0.00

| | |
|---|---|
| **Payments Made** | 0.00 |
| **Balance Owed** | 0.00 |

Back to Case List

View Filings

Record is new



Logoff

**Case Number: CV42776**

| Date | Description | Pages | | |
|------|-------------|-------|---|---|
| 02/18/2025 | ORIGINAL PETITION | 8 | Preview Document | Add To Cart |
| 02/18/2025 | ENVELOPE | 3 | Preview Document | Add To Cart |
| 02/18/2025 | CITATION | N/A | No Image On File | No Purchase |
| 02/20/2025 | CITATION | 1 | Preview Document | Add To Cart |
| 02/20/2025 | CITATION | 1 | Preview Document | Add To Cart |
| 02/26/2025 | RECEIPT ISSUED | 1 | Preview Document | Add To Cart |
| 02/28/2025 | AFFIDAVIT OF SERVICE | 2 | Preview Document | Add To Cart |
| 03/04/2025 | AFFIDAVIT OF SERVICE | 2 | Preview Document | Add To Cart |

<<   <   >   >>   8 Lines

Back to Case List                                                                                 Case Info

Record is new

# Exhibit A-2



ORIGINAL

CAUSE NO. CV42776 _____

| | | |
|---|---|---|
| PERRY & PERRY BUILDERS, INC. | § | IN THE DISTRICT COURT |
| Plaintiff | § | |
| | § | |
| v. | § | 20th JUDICIAL DISTRICT |
| | § | |
| COWBELL CYBER, INC., | § | |
| and OBSIDIAN SPECIALTY | § | |
| INSURANCE COMPANY | § | |
| Defendants | § | MILAM COUNTY, TEXAS |

*Filed 2/18/2025 12:00 AM
Karen Berry, District Clerk
Milam County, Texas
Cindy Vrazel*

## PLAINTIFF'S ORIGINAL PETITION

Plaintiff Perry & Perry Builders, Inc. ("Plaintiff" or "PPB") files this, its Original Petition against Cowbell Cyber, Inc. and Obsidian Specialty Insurance Company, and would show the Court the following:

### I.     Discovery-Control Plan

1.     Plaintiff intends to conduct discovery under Level 3 of Texas Rule of Civil Procedure 190.4. Plaintiff affirmatively pleads that the relief requested in this petition is not subject to the Texas Rules of Civil Procedure 169 governing expedited actions because the amount of relief requested exceeds $100,000.00.

### II.     Parties

2.     Plaintiff Perry & Perry Builders, Inc. is a Texas corporation with its principal place of business in Milam County, Texas.

3.     Defendant Cowbell Cyber, Inc. ("Cowbell") is a foreign company doing business in the State of Texas. Cowbell may be served with process through its registered agent for service in Texas, which is Incorporating Services, Ltd. 3610-2 North Josey, Suite 223, Carrollton, Texas 75007-1603.

4.   Defendant Obsidian Specialty Insurance Company ("Obsidian") is a foreign insurance company with NAIC # 16871 that issued the subject policy in Texas but is not registered with the Texas Secretary of State and does not have a registered agent listed with the Texas Department of Insurance. Obsidian's mailing address is 1330 Avenue of the Americas, Suite 23A, New York, NY 10019. Pursuant to Texas Insurance Code §804.107(b), Obsidian may be served by service on the Texas Insurance Commissioner Cassie Brown at 1601 Congress Avenue, Austin, Texas 78701 or PO Box 12030, Austin, Texas 78711.

### III.   Jurisdiction

5.   The Court has jurisdiction over the lawsuit because the amount in controversy exceeds this Court's minimum jurisdictional requirements.

### IV.   Venue

6.   Venue is proper in Milam County under Texas Civil Practice & Remedies Code section 15.002 because all or a substantial part of the events or omissions giving rise to the claim occurred in Milam County. This lawsuit arises from a denial of insurance coverage related to a theft of personal property belonging to a Milam County-based company.

### V.   Facts

7.   PPB purchased a cyber insurance policy from Cowbell and Obsidian, Policy No. OBD-CB-S3DTFHJ5Z-002, with a policy period from August 12, 2023 to August 12, 2024 (the "Policy").[1]

8.   In December 2023, PPB suffered two separate cybercrime losses when an unauthorized third party submitted fraudulent communications to a PPB employee who was authorized to make payments. These fraudulent communications caused the employee to make two separate payments

---

[1] The declarations are entitled "Cowbell Cyber Risk Insurance Declarations – Prime 250." The signature page of the of declarations identifies Obsidian Specialty Insurance Company NAIC # 16871.

2

to an unintended third-party recipient: one payment for $272,997.45 and another payment for $601,886.25.

9. The Policy provides coverage for "Cyber Crime Loss" with a limit of $250,000 for each Claim. Under the Policy, a Cyber Crime Loss includes "loss of Money... directly resulting from... Social Engineering Attack."

10. A "Social Engineering Attack" is defined in the Policy as "the manipulation or deception, by an unauthorized third party, of a[n]... employee... who is authorized to request or make payments on behalf of the Insured Organization... accomplished by the transmission of fraudulent communications... caus[ing] the... employee to transfer, pay or deliver the Insured Organization's Money to an unintended third-party recipient."

11. PPB promptly reported both losses to Cowbell. Cowbell assigned Claim No. CL01-OBD-S3DTFHJ5Z-002 and paid the policy limit of $250,000 for one of the losses.

12. In May 2024, PPB submitted a written demand to Cowbell for payment of the policy limit for the second loss. However, Cowbell has wrongfully refused to pay the policy limit for the second loss and has failed to provide a reasonable explanation of the basis in the policy for its denial of the claim.

## VI.   Causes of Action

### A.   Breach of Contract

13. The Policy constitutes a valid and binding contract between Plaintiff and Defendants. Plaintiff performed all conditions precedent under the Policy.

14. Defendants breached the Policy by failing to pay the policy limit of $250,000 for the second cyber crime loss suffered by Plaintiff.

15. As a result of Defendant's breach, Plaintiff has suffered damages in the amount of $250,000.

3

**B.    Violations of the Texas Insurance Code**

16.    Defendants' conduct constitutes multiple violations of the Texas Insurance Code, including:

    a.   Failing to attempt in good faith to effectuate a prompt, fair, and equitable settlement of a claim with respect to which the insurer's liability has become reasonably clear (Tex. Ins. Code § 541.060(a)(2)(A));

    b.   Failing to promptly provide a reasonable explanation of the basis in the policy for the insurer's denial of a claim (Tex. Ins. Code § 541.060(a)(3));

    c.   Failing to affirm or deny coverage of a claim within a reasonable time (Tex. Ins. Code § 541.060(a)(4));

    d.   Refusing to pay a claim without conducting a reasonable investigation with respect to the claim (Tex. Ins. Code § 541.060(a)(7));

    e.   Making an untrue or misleading statement of material fact or law or failing to state a material fact necessary to make other statements made not misleading, considering the circumstances under which the statements were made (Tex. Ins. Code § 541.061(1-4); and

    f.   Failing to comply with the prompt payment requirements of Texas Insurance Code Chapter 542, Subchapter B.

17.    Defendant's violations of the Texas Insurance Code were committed knowingly and have caused Plaintiff to suffer actual damages.

18.    Under Texas Insurance Code § 542.058, Defendants' failure to pay Plaintiff's claim within 60 days after receiving all items, statements, and forms reasonably requested and required entitles

4

Plaintiff to 18% annual interest on the amount of the claim as damages, together with reasonable and necessary attorney's fees.

**C.    Violations of the Texas Deceptive Trade Practices Act**

19.    Plaintiff is a consumer under the Texas Deceptive Trade Practices Act ("DTPA") because it sought to acquire goods or services by purchase.

20.    Defendant violated the DTPA by engaging in false, misleading, or deceptive acts or practices, including:

    a.  Representing that goods or services have characteristics or benefits which they do not have.

    b.  Representing that an agreement confers or involves rights, remedies, or obligations which it does not have or involve.

    c.  Failing to disclose information about goods or services that was known at the time of the transaction with the intention to induce Plaintiff into a transaction it otherwise would not have entered into.

21.    Defendant's conduct was committed knowingly and has caused Plaintiff to suffer actual damages.

## VII.    Damages

22.    As a result of Defendant's conduct described above, Plaintiff has suffered actual damages, including:

    a.  The unpaid policy benefits in the amount of $250,000;

    b.  Reasonable and necessary attorney's fees;

    c.  Costs of suit;

    d.  Prejudgment and post-judgment interest at the maximum rate allowed by law.

23.     Due to Defendant's knowing conduct, Plaintiff is entitled to recover treble damages under the Texas Insurance Code and the DTPA.

## VIII.   Attorney's Fees

24.     Plaintiff has retained the undersigned law firm to prosecute this action and has agreed to pay reasonable attorney's fees. Plaintiff is entitled to recover reasonable and necessary attorney's fees pursuant to Tex. Civ. Prac. & Rem. Code § 38.001, Tex. Ins. Code § 541.152, and Tex. Bus. & Com. Code § 17.50(d).

## IX.   Conditions Precedent

25.     All conditions precedent to Plaintiff's claim for relief have been performed or have occurred.

## X.   Prayer

26.     For these reasons, Plaintiff Perry & Perry Builders, Inc. asks the Court to issue citation to Defendant to appear and answer and that Plaintiff be awarded a judgment against Defendant for the following:

a.   Actual damages against Defendant in the amount of $250,000;

b.   Treble damages as authorized by statute;

c.   Prejudgment and post judgment interest;

d.   Court costs;

e.   Attorney fees; and

f.   All other relief to which Plaintiff is entitled.

Respectfully submitted,

**/s/ *Daniel R. Richards***
Daniel R. Richards
State Bar No. 00791520
drichards@rrsfirm.com
Clark Richards
State Bar No. 90001613
crichards@rrsfirm.com
Taylor Gifford McCarty
State Bar No. 24027262
tmccarty@rrsfirm.com
**RICHARDS RODRIGUEZ & SKEITH, LLP**
611 West 15th Street
Austin, Texas 78701
Telephone: (512) 476-0005
Facsimile: (512) 476-1513

**ATTORNEYS FOR PLAINTIFF
PERRY & PERRY BUILDERS, INC.**

7

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Karina Esparza on behalf of Daniel Richards
Bar No. 791520
kesparza@rrsfirm.com
Envelope ID: 97439228
Filing Code Description: Petition
Filing Description: Plaintiff's Original Petition
Status as of 2/18/2025 9:49 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Clark Richards | | crichards@rrsfirm.com | 2/17/2025 9:59:17 AM | SENT |
| Daniel RRichards | | drichards@rrsfirm.com | 2/17/2025 9:59:17 AM | SENT |
| Karina Esparza | | kesparza@rrsfirm.com | 2/17/2025 9:59:17 AM | SENT |
| Taylor McCarty | | tmccarty@rrsfirm.com | 2/17/2025 9:59:17 AM | SENT |

# Exhibit A-3

# Case

Case Number
CV42776

Description


Location
Milam County - District Clerk

Category
Civil - Other Civil

Case Type
Other Civil

Status


Filed Date


Judge


# Envelope # 97439228

Submit Date
02/17/2025 9:59 AM CST

Filing Attorney
Daniel R Richards

Filing Source
FileTime

Firm Address
611 West 15th Street
Austin, Texas 78701

Filer Email
kesparza@rrsfirm.com

Docket Date
02/18/2025 12:00 AM CST

Filed By
Karina Esparza

Firm Name
Richards Rodriguez & Skeith, LLP

Firm Phone
(512) 476-0005

Filer Type
Not Applicable

# Existing Parties

3 Parties

| Party Type | Party Name | Lead Attorney |
|---|---|---|
| Defendant | Cowbell Cyber, Inc. | |
| Plaintiff | Perry & Perry Builders, Inc. | Daniel R Richards |
| Defendant | Obsidian Specialty Insurance Company | |

# Filings

1 Filing(s)

### Petition

Status
Accepted By Court

Filing Type
EFileAndServe

Reference Number
6804345

Filing Description
Plaintiff's Original Petition

Filing Comments
Please email citations to kesparza@rrsfirm.com

1/3

Filing Courtesy Copies

Review Date
02/18/2025 9:50 AM CST

Accept Comments

**Documents**

| Component | Document Name | Description | Security | Download Version | Document Size |
|---|---|---|---|---|---|
| Lead Document | 20250217 PPB v Cowbell-Original Petition.pdf | 20250217 PPB v Cowbell-Original Petition.pdf | Does not contain sensitive data | Original Transmitted | 184.97 KB 196.05 KB |

**Service**             1 Party(s) with Service

Search by Party Name     Search by Service Contact     SEARCH   RESET

Other          ⌄ 4 Service Contact(s)

**Parties with no Contacts for Service**        3 Party(s) without Service

Search by Party Name     SEARCH   RESET

| Party Name | Email Address | Address |
|---|---|---|
| Cowbell Cyber, Inc. | | 3610-2 North Josey, Suite 223, Carrollton, Texas 75007-1603 |
| Obsidian Specialty Insurance Company | | |
| Perry & Perry Builders, Inc. | | 611 W 15th Street, N/A, Austin, Texas 78701 |

# Fees

Description of Fees and Amounts

**Petition**
| | |
|---|---|
| Filing Fee | $0.00 |
| Issue Citation (2 x $8.00) | $16.00 |
| | Filing Total: $16.00 |

**Total Fees**
| | |
|---|---|
| Total Filing Fees | $16.00 |
| Court Case Fee | $350.00 |
| Payment Service Fee | $10.67 |
| Provider E-File Fee | $2.99 |
| Provider Tax | $0.25 |
| | Envelope Total: $379.91 |

Payment Information

Payment Account
Dan's Card

Payment Type
CreditCard

2/3

Party Responsible for Fees

Perry & Perry Builders, Inc.

Order ID

097439228-1

Transaction Amount

$379.91

Transaction ID

143709632

Transaction Response

Payment Complete

CLOSE

# Exhibit A-4

**THE STATE OF TEXAS**                                                           **COUNTY OF MILAM**

CAUSE NO. CV42776

TO: __Cowbell Cyber, Inc., c/o Incorporating Services, LTD, 3610-2 North Josey, Suite 223, Carrollton, Texas 75007-1603__ (or wherever he/she may be found)

**NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 am on the Monday next following the expiration of 20 day after the date you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org."** *TRCP. 99*

| | |
|---|---|
| Court: | 20TH Judicial District Court<br>Cameron, TX 76520 |
| Cause No.: | CV42776 |
| Date of Filing: | February 18, 2025 |
| Document: | Plaintiff's Original Petition |
| Parties in Suit: | Perry & Perry Builders, Inc. vs. Cowbell Cyber, Inc. and Obsidian Specialty Insurance Company |
| Clerk: | Karen Berry, District Clerk<br>102 S. Fannin, Ste. 5, Cameron, Milam County, TX 76520 |
| Party or<br>Party's Attorney: | Daniel R. Richards, Attorney at Law, 611 West 15th Street, Austin, Texas 78701<br>Tel. 512-476-0005 Fax. 512-476-1513 Email: drichards@rrsfirm.com |

Issued under my hand and seal of this said court on this the __20th__ day of __February, 2025.__

BY: _____

Karen Berry, District Clerk
Cameron, Milam County, Texas
_____, Deputy

---

**Service Return**

Came to hand on the __ day of _____, 20___ , at _____ _m., and executed on the __ day of _____, 20__, at _ M by delivering to the within named _____ in person a true copy of this citation, with attached copy(ies) of the_____ at _____.

[ ] Not executed. The diligence use in finding defendant being _____

[ ] Information received as to the whereabouts of defendant being _____

| | |
|---|---|
| Service Fee: $ _____ | _____ Sheriff/Constable |
| | _____ County, Texas |
| Service ID No. _____ | _____ Deputy/Authorized Person |

**VERIFICATION**

On this day personally appeared _____ known to me to be the person whose name is subscribed on the foregoing instrument and who has stated: upon penalty of perjury, I attest that the foregoing instrument has been executed by me in this cause pursuant to the Texas Rules of Civil Procedure. I am over the age of eighteen years and I am not a party to or interested in the outcome of this suit, and have been authorized by the Denton County Courts to serve process.

Subscribed and sworn to before me on this the _____ day of _____, 20__

_____Notary Public

** Service by Rule 106 TRC if directed by attached Court Order

Emailed to atty

TDCA 2021

# Exhibit A-5

THE STATE OF TEXAS                                    COUNTY OF MILAM

CAUSE NO. CV42776

TO: **Obsidian Specialty Insurance Company, c/o Texas Insurance Commissioner Cassie Brown at 1601 Congress Avenue, Austin, Texas 78701 or PO Box 12030, Austin, Texas 78711** (or wherever he/she may be found)

**NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 am on the Monday next following the expiration of 20 day after the date you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org."** *TRCP. 99*

| | |
|---|---|
| Court: | 20TH Judicial District Court<br>Cameron, TX 76520____ |
| Cause No.: | CV42776 |
| Date of Filing: | February 18, 2025 |
| Document: | Plaintiff's Original Petition |
| Parties in Suit: | Perry & Perry Builders, Inc. vs. Cowbell Cyber, Inc. and Obsidian Specialty Insurance Company |
| Clerk: | Karen Berry, District Clerk<br>102 S. Fannin, Ste. 5, Cameron, Milam County, TX 76520_____ |
| Party or Party's Attorney: | Daniel R. Richards, Attorney at Law, 611 West 15th Street, Austin, Texas 78701<br>Tel. 512-476-0005 Fax. 512-476-1513 Email: drichards@rrsfirm.com |

Issued under my hand and seal of this said court on this the 20th day of February, 2025.

Karen Berry, District Clerk
Cameron/Milam County, Texas

BY: _____, Deputy

## Service Return

Came to hand on the __ day of _____, 20___, at _____ _m., and executed on the __ day of _____, 20__, at _ M by delivering to the within named _____ in person a true copy of this citation, with attached copy(ies) of the_____at

_____.

[ ] Not executed. The diligence use in finding defendant being _____
_____

[ ] Information received as to the whereabouts of defendant being _____
_____

| | |
|---|---|
| Service Fee: $ _____ | _____ Sheriff/Constable |
| | _____ County, Texas |
| Service ID No. _____ | _____<br>Deputy/Authorized Person |

## VERIFICATION

On this day personally appeared _____ known to me to be the person whose name is subscribed on the foregoing instrument and who has stated: upon penalty of perjury, I attest that the foregoing instrument has been executed by me in this cause pursuant to the Texas Rules of Civil Procedure. I am over the age of eighteen years and I am not a party to or interested in the outcome of this suit, and have been authorized by the Denton County Courts to serve process.

Subscribed and sworn to before me on this the _____ day of _____, 20__

_____Notary Public

** Service by Rule 106 TRC if directed by attached Court Order

*Emailed to atty*

TDCA 2021

# Exhibit A-6

REC NO: 202608

Office Copy

# Milam County, Texas
## Karen Berry, District Clerk
102 South Fannin Ave, Suite 5
Cameron, Texas 76520
(254)697-7052


DATE: 02/26/2025

TIME: 10:38am
REGISTER NO: CV

RECEIVED FROM: DANIEL RICHARDS

CASHIER: CVRAZEL

| ITEM DESCRIPTION | CLERK/CAUSE # | QTY | FEES PAID |
|---|---|---|---|
| CIVIL ORIGINAL PETITION | CV42776 | 1 | $350.00 |
| ISSUANCE | CV42776 | 1 | $16.00 |

**TOTAL FEES PAID  $366.00**

**AMOUNT TENDERED**

| | |
|---|---|
| EFILING CREDIT CARD | $366.00 |

**TOTAL RECEIVED  $366.00**

**TRANSACTION SUMMARY**

| | |
|---|---|
| TOTAL RECEIVED | $366.00 |
| COUNTY COLLECTED | $229.00 |
| STATE COLLECTED | $137.00 |

**CHANGE DUE BACK  $0.00**

**NEW CASE BALANCE  $0.00**

**EFILE AUTHORIZATION**

| | |
|---|---|
| AUTH# CC | $366.00 |

Thank You,
**Karen Berry**
District Clerk

# Exhibit A-7

## CITATION – Personal Service: TRC 99

THE STATE OF TEXAS                                                 COUNTY OF MILAM

### CAUSE NO. CV42776

TO: **Obsidian Specialty Insurance Company, c/o Texas Insurance Commissioner Cassie Brown at 1601 Congress Avenue, Austin, Texas 78701 or PO Box 12030, Austin, Texas 78711** (or wherever he/she may be found)

**NOTICE TO DEFENDANT:** "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 am on the Monday next following the expiration of 20 day after the date you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org." *TRCP. 99*

Filed 2/28/2025 12:39 PM
Karen Berry, District Clerk
Milam County, Texas
Cindy Vrazel

| | |
|---|---|
| Court: | 20TH Judicial District Court Cameron, TX 76520 |
| Cause No.: | CV42776 |
| Date of Filing: | February 18, 2025 |
| Document: | Plaintiff's Original Petition |
| Parties in Suit: | Perry & Perry Builders, Inc. vs. Cowbell Cyber, Inc. and Obsidian Specialty Insurance Company |
| Clerk: | Karen Berry, District Clerk 102 S. Fannin, Ste. 5, Cameron, Milam County, TX 76520 |
| Party or Party's Attorney: | Daniel R. Richards, Attorney at Law, 611 West 15th Street, Austin, Texas 78701 Tel. 512-476-0005 Fax. 512-476-1513 Email: drichards@rrsfirm.com |

Issued under my hand and seal of this said court on this the 20th day of February, 2025.

Karen Berry, District Clerk
Cameron/Milam County, Texas

BY: _____, Deputy

### Service Return

Came to hand on the ___ day of _____, 20___ , at _____ _m., and executed on the ___ day of _____, 20__, at _ M by delivering to the within named _____ in person a true copy of this citation, with attached copy(ies) of the_____at

_____

[ ] Not executed. The diligence use in finding defendant being _____

[ ] Information received as to the whereabouts of defendant being _____

*SERVICE RETURN ATTACHED*

**ATX Process, LLC**
~~1411 West 6th Street~~
~~Austin, TX 78703~~

| | |
|---|---|
| Service Fee: $ _____ | _____ Sheriff/Constable |
| | _____ County, Texas |
| Service ID No. _____ | _____ Deputy/Authorized Person |

### VERIFICATION

On this day personally appeared _____ known to me to be the person whose name is subscribed on the foregoing instrument and who has stated: upon penalty of perjury, I attest that the foregoing instrument has been executed by me in this cause pursuant to the Texas Rules of Civil Procedure. I am over the age of eighteen years and I am not a party to or interested in the outcome of this suit, and have been authorized by the Denton County Courts to serve process.

Subscribed and sworn to before me on this the _____ day of _____, 20__

_____ Notary Public

** Service by Rule 106 TRC if directed by attached Court Order

TDCA 2021

# AFFIDAVIT OF SERVICE

**State of Texas**                    **County of Milam**                    **20th Judicial District Court**

Case Number: CV42776

Plaintiff:
**Perry & Perry Builders, Inc.**

vs.

Defendant:
**Cowbell Cyber, Inc., et al.**

Filed 2/28/2025 12:39 PM
Karen Berry, District Clerk
Milam County, Texas
Cindy Vrazel

For:
Richards Rodriguez & Skeith, LLP
611 W. 15th Street
Austin, TX 78701

Received by Lucas McGill on the 21st day of February, 2025 at 10:54 am to be served on **Obsidian Specialty Insurance Company c/o Texas Insurance Commissioner, Cassie Brown, 1601 Congress Avenue, Austin, Travis County, TX 78701**.

I, Lucas McGill, being duly sworn, depose and say that on the **25th day of February, 2025** at **9:13 am, I:**

executed to the **TEXAS DEPARTMENT OF INSURANCE** by delivering in duplicate a true copy of the **Citation and Plaintiff's Original Petition** with the date of delivery endorsed thereon by me, to: **Justin Beam** at **1601 Congress Avenue, Austin, Travis County, TX 78701**, as the designated agent for the Texas Department of Insurance to accept delivery of process on behalf of **Obsidian Specialty Insurance Company**. An administrative fee of $50.00 was also tendered.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the foregoing occurred. The facts in this affidavit are within my personal knowledge and are true and correct.

Subscribed and sworn to before me on the 25th
day of _February_, _2025_ by the affiant
who is personally known to me.

_____
NOTARY PUBLIC

**Lucas McGill**
PSC-16408, Exp. 2/28/2025

_2-25-25_
**Date**

**ATX Process, LLC**
**1411 W. 6th Street**
**Austin, TX 78703**
**(512) 717-5600**

Our Job Serial Number: ATX-2025002021
Ref: Perry & Perry v Cowbell Cyber

NICOLE M. WADE
My Notary ID # 129086987
Expires August 9, 2028

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

# Exhibit A-8

## CITATION – Personal Service: TRC 99

THE STATE OF TEXAS                                              COUNTY OF MILAM

CAUSE NO. CV42776

TO: __Cowbell Cyber, Inc., c/o Incorporating Services, LTD, 3610-2 North Josey, Suite 223, Carrollton, Texas 75007-1603__ (or wherever he/she may be found)

**NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 am on the Monday next following the expiration of 20 day after the date you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org."** _TRCP. 99_

| | | |
|---|---|---|
| Court: | 20TH Judicial District Court<br>Cameron, TX 76520 | Filed 3/4/2025 5:14 PM<br>Karen Berry, District Clerk<br>Milam County, Texas<br>Cindy Vrazel |
| Cause No.: | CV42776 | |
| Date of Filing: | February 18, 2025 | |
| Document: | Plaintiff's Original Petition | |
| Parties in Suit: | Perry & Perry Builders, Inc. vs. Cowbell Cyber, Inc. and Obsidian Specialty Insurance Company | |
| Clerk: | Karen Berry, District Clerk<br>102 S. Fannin, Ste. 5, Cameron, Milam County, TX 76520 | |
| Party or<br>Party's Attorney: | Daniel R. Richards, Attorney at Law, 611 West 15th Street, Austin, Texas 78701<br>Tel. 512-476-0005 Fax. 512-476-1513 Email: drichards@rrsfirm.com | |

Issued under my hand and seal of this said court on this the 20th day of February, 2025.

Karen Berry, District Clerk
Cameron, Milam County, Texas

BY: _____, Deputy

### Service Return

Came to hand on the __ day of _____, 20__ , at _____ _m., and executed on the __ day of _____, 20__, at _ M by delivering to the within named _____ in person a true copy of this citation, with attached copy(ies) of the _____ at

_____.

[ ] Not executed. The diligence use in finding defendant being _____

[ ] Information received as to the whereabouts of defendant being _____

~~SERVICE RETURN ATTACHED~~    **ATX Process, LLC**
**1411 West 6th Street**
**Austin, TX 78703**

| | | |
|---|---|---|
| Service Fee: $ _____ | | Sheriff/Constable |
| | | County, Texas |
| Service ID No. _____ | | Deputy/Authorized Person |

### VERIFICATION

On this day personally appeared _____ known to me to be the person whose name is subscribed on the foregoing instrument and who has stated: upon penalty of perjury, I attest that the foregoing instrument has been executed by me in this cause pursuant to the Texas Rules of Civil Procedure. I am over the age of eighteen years and I am not a party to or interested in the outcome of this suit, and have been authorized by the Denton County Courts to serve process.

Subscribed and sworn to before me on this the _____ day of _____, 20__

_____Notary Public

** Service by Rule 106 TRC if directed by attached Court Order

TDCA 2021

## AFFIDAVIT OF SERVICE

**State of Texas**                    **County of Milam**                    **20th Judicial District Court**

Case Number: CV42776

Plaintiff:
**Perry & Perry Builders, Inc.**
vs.
Defendant:
**Cowbell Cyber, Inc., et al.**

Filed 3/4/2025 5:14 PM
Karen Berry, District Clerk
Milam County, Texas
Cindy Vrazel

For: Richards Rodriguez & Skeith, LLP

Received by David Lott on the 20th day of February, 2025 at 2:26 pm to be served on **Cowbell Cyber, Inc. c/o Incorporating Services, Ltd., 3610-2 North Josey, Suite 223, Carrollton, Denton County, TX 75007.** I, _DAVID LOTT_, being duly sworn, depose and say that on the _27_ day of _FEBRUARY_, 20_25_ at _1_:_40_ P.m., executed service by delivering a true copy of the **Citation and Plaintiff's Original Petition** in accordance with state statutes in the manner marked below:

(✓) CORPORATE SERVICE: By delivering to _TERI YIN, INCORPORATING SERVICES, LTD._ (individual accepting) as _REGISTERED AGENT_ (title), at _3610 N JOSEY SUITE 223_ (street), _CARROLLTON_ (city), _TX_ (state) _75007_ (zip code) _DENTON_ (county).

( ) PUBLIC AGENCY: By delivering to _____(individual accepting) as _____ (title) of the within-named agency at _____ (street), _____(city), _____(state) _____(zip code) _____ (county).

( ) SUBSTITUTE SERVICE: By delivering to _____(individual accepting) as _____(relationship/title) at _____(street), _____(city), _____(state) _____(zip code) _____ (county).

( ) GOVERNMENT AGENCY: By delivering to _____(individual accepting) as _____ (title) of the within-named agency at _____ (street), _____(city), _____(state) _____(zip code) _____ (county).

( ) NON SERVICE: For the reason detailed in the comments below.

COMMENTS:_____
_____
_____
_____

I certify that I am over the age of 18, have no interest in the above action, and have the proper authority in the jurisdiction in which this process was delivered. The facts in this affidavit are within my personal knowledge and true and correct.

Subscribed and sworn to before me on the _27_ day of _February_, _2025_ by the affiant who is personally known to me.

_Trevor C McCain_
NOTARY PUBLIC

PROCESS SERVER # _PSC-1173_ exp _12-31-26_
Appointed in accordance with State Statutes

**ATX Process, LLC**
**1411 W. 6th Street**
**Austin, TX 78703**
**(512) 717-5600**

Our Job Serial Number: 2025002024
Ref: Perry & Perry v Cowbell Cyber



TREVOR CHRISTIAN MCCAIN
Notary Public, State of Texas
Comm. Expires 06-03-2026
Notary ID 133794759

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a